# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE ABSHER, | Case No. 1:06-cv-1131 TAG |
| Plaintiff, | ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO FILE OPENING BRIEF |
| v. | |
| MICHAEL J. ASTRUE,[1] Commissioner of Social Security, | |
| Defendant. | |

Plaintiff Julie Absher ("Plaintiff"), represented by counsel, seeks judicial review of an administrative decision denying Plaintiff's claim for benefits under the Social Security Act.

This Court issued its August 25, 2006 Scheduling Order to require Plaintiff to file and serve an opening brief within 30 days of the letter brief of the Social Security Administration ("SSA"). The Scheduling Order explains to Plaintiff that "[v]iolations of this order or of the federal or local rules of procedure may result in sanctions pursuant to Local Rule 11-110." (Doc. 6).

On January 25, 2007, the SSA filed its notice of lodging of the administrative record to initiate the briefing. (Doc. 12). The Court calculates May 1, 2007, as the deadline to file and serve Plaintiff's opening brief. Plaintiff has filed no opening brief in compliance with this Court's orders.

Accordingly, this Court ORDERS plaintiff, no later than July 31, 2007, to show cause in writing why sanctions, including dismissal of this action, should not be imposed for Plaintiff's failure to file an opening brief and to comply with this Court's orders. This Court will vacate this Order to Show Cause

---

[1] Michael J. Astrue is substituted for his predecessor, Jo Anne B. Barnhart, as Commissioner of the Social Security Administration. 42 U.S.C. § 405(g); Fed. R. Civ. P. 25(d)(1).

1 | if Plaintiff files and serves her opening brief no later than July 26, 2007.

2 | **Plaintiff is admonished that failure to timely comply with this order will result in the**
3 | **dismissal this action.**

5 | IT IS SO ORDERED.

6 | Dated:  **June 26, 2007**                              /s/ Theresa A. Goldner
                                                    UNITED STATES MAGISTRATE JUDGE