**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JULIE ABSHER,<br><br>        Plaintiff,<br><br>     v.<br><br>MICHAEL J. ASTRUE,[1]<br>Commissioner of Social Security,<br><br>        Defendant.<br>_____/ | Case No.  1:06-cv-1131 TAG<br><br>ORDER VACATING ORDER<br>TO SHOW CAUSE<br>(Doc. 17) |

Plaintiff Julie Absher ("Plaintiff"), represented by counsel, seeks judicial review of an administrative decision denying Plaintiff's claim for benefits under the Social Security Act.  On June 26, 2007, upon noting that Plaintiff had yet to file her opening brief, this Court issued an Order to Show Cause why Sanctions Should not be Imposed for Failure to File Opening Brief ("OSC").  (Doc. 17).  On July 24, 2007, Plaintiff timely responded to the OSC and filed her opening brief.  (Docs. 18, 19).

Good cause appearing, it is HEREBY ORDERED that

The Court's June 26, 2007 Order to Show Cause why Sanctions Should not be Imposed for Failure to File Opening Brief (Doc. 17) is VACATED.

IT IS SO ORDERED.

Dated:  **July 25, 2007**                                      /s/ Theresa A. Goldner
                                                                        UNITED STATES MAGISTRATE JUDGE

---

[1] Michael J. Astrue is substituted for his predecessor, Jo Anne B. Barnhart, as the Commissioner of the Social Security Administration. 42 U.S.C. § 405(g); Fed. R. Civ. P. 25(d)(1).